Order issued December _18_, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-08-01657-CV

HELPING HANDS HOME CARE, INC. D/B/A AT HOME HEALTHCARE, JOHNNY
JAMES GRICE AND LAURA DELZELL, Appellants

V.

HOME HEALTH OF TARRANT COUNTY, INC. D/B/A HOME HEALTH
SPECIALTIES, Appellee

## ORDER

After issuing its opinion in this matter, the Court received an email from a non-party

regarding the phrase "is entitled to recover" as it was used in the Court's judgment. We ORDER the

Clerk of Court to file that email, including the attachment, of record in this matter and provide the

parties to this case with copies of the email, including the attachment.

If any party would like to respond concerning the issues mentioned in the email, that party

may file a letter brief consisting of no more than five (5) pages no later than fifteen (15) days after

the date of this ORDER. The parties are not required to file a letter brief.

JIM MOSELEY
JUSTICE

| From: | Taylor, Ben |
|---|---|
| To: | Lisa Matz |
| Subject: | 05-08-01657-CV / judgment effectiveness.finality concern |
| Date: | November 27, 2012 1:04:32 PM |
| Attachments: | duke1.pdf |
| Importance: | Low |

lisa, i'm a little worried about the fifth court's judgment stating merely that one party "is entitled to recover" stated dollars from another. we had an analogous issue with a tarrant county trial court judgment stating the plaintiff "is entitled to recover" judgment and after a big fight in 2nd ca fort worth, the 2nd ca fort worth held such language did not effectively order that the party SHALL recover the money (and therefore was interlocutory and unappealable). i'm sure they 5th ca did not intend to render anything but a final and appealable 5th ca judgment, and i'm confident your office was going by what the court's OPINION said, but i had these concerns and i sure hope they can be passed along. respectfully, bt


http://www.search.txcourts.gov/SearchMedia.aspx?MediaVersionID=a993a3dd-86fc-49eb-b4e0-89f03fa4f747&MediaID=5d24813f-7c66-498d-b1a0-299e8e4a3f3a&coa=coa05&DT=Opinion


**Ben Taylor**, *Partner*
**FULBRIGHT** & *Jaworski L.L.P.* • 2200 Ross Avenue, Suite 2800 •
Dallas, Texas 75201-2784
T: 214 855 8110 • F: 214 855 8200 • btaylor@fulbright.com •
www.fulbright.com/btaylor

To reply to our email administrator directly, send an email to postmaster@fulbright.com